Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-513

**Effective date of registration:**

October 5, 2012

---

## Title

**Title of Work:** War On Christmas

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005     **Nation of 1st Publication:** United States

## Author

■ **Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States          **Domiciled in:** United States

■ **Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com          **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-511

**Effective date of registration:**

October 5, 2012

## Title ───────────────────────────

**Title of Work:** Glow

## Completion/Publication ───────────

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005    **Nation of 1st Publication:** United States

## Author ──────────────────────────

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ──────────────

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ──────────

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com          **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification ───────────────────

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

SR 708-510

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** Cambian

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com          **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 708-508**

**Effective date of
registration:**

October 5, 2012

## Title

**Title of Work:** Somnambulance

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com     **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-217

Effective date of registration:

October 5, 2012

## Title

**Title of Work:** Long March

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005      **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States      **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com      **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-218

**Effective date of
registration:**

October 5, 2012

---

## Title

**Title of Work:** Separate But Equal

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com          **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-220

**Effective date of registration:**

October 5, 2012

## Title ─────────────

Title of Work: Peterson

## Completion/Publication ─────────────

Year of Completion: 2005

Date of 1st Publication: December 12, 2005          Nation of 1st Publication: United States

## Author ─────────────

- Author: John Keith Emanuele

  Author Created: sound recording, performance, production, music

  Citizen of: United States          Domiciled in: United States

- Author: Richard Thomas Cupolo

  Author Created: sound recording, performance, production, music

  Citizen of: United States          Domiciled in: United States

## Copyright claimant ─────────────

Copyright Claimant: Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

Transfer Statement: By written agreement

## Rights and Permissions ─────────────

Organization Name: Yesh Music LLC

Name: John Keith Emanuele

Email: americandollarband@yahoo.com          Telephone: 646-552-3011

Address: 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification ─────────────

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-221

**Effective date of
registration:**

October 5, 2012

---

## Title

**Title of Work:** Thompson

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005  **Nation of 1st Publication:** United States

## Author

■ **Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States  **Domiciled in:** United States

■ **Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com  **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-514

**Effective date of
registration:**

October 5, 2012

## Title

**Title of Work:** Twelve Days Awake

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com     **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-504

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** Everyone Gets Shot

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 12, 2005     **Nation of 1st Publication:** United States

## Author

■ **Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States     **Domiciled in:** United States

■ **Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com     **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-503

**Effective date of
registration:**

October 5, 2012

---

## Title

**Title of Work:** Rudiments Of A Spiritual Life

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com          **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-501

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** The Technicolour Sleep

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006       **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States       **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com       **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-500

**Effective date of
registration:**

October 5, 2012

## Title

Title of Work: Signaling Through The Flames

## Completion/Publication

Year of Completion: 2006

Date of 1st Publication: August 17, 2006    Nation of 1st Publication: United States

## Author

- Author: John Keith Emanuele

  Author Created: sound recording, performance, production, music

  Citizen of: United States              Domiciled in: United States

- Author: Richard Thomas Cupolo

  Author Created: sound recording, performance, production, music

  Citizen of: United States              Domiciled in: United States

## Copyright claimant

Copyright Claimant: Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: Yesh Music LLC

Name: John Keith Emanuele

Email: americandollarband@yahoo.com          Telephone: 646-552-3011

Address: 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-499

**Effective date of
registration:**

October 5, 2012

## Title

**Title of Work:** Tonight, Let's All Make Love In London

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006    **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com    **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-497

Effective date of
registration:

October 5, 2012

---

## Title

**Title of Work:** Daytrip

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006    **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States        **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com        **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-222

**Effective date of registration:**

October 5, 2012

## Title
**Title of Work:** The Swamp

## Completion/Publication
**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com     **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-223

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** Supernova Landslide

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006        **Nation of 1st Publication:** United States

## Author

■  **Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States        **Domiciled in:** United States

■  **Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com        **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-224

**Effective date of
registration:**

October 5, 2012

---

## Title

**Title of Work:** Time

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com     **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-225

**Effective date of
registration:**

October 5, 2012

## Title

**Title of Work:** Summer Of War

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com          **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-226

Effective date of
registration:

October 5, 2012

---

## Title

**Title of Work:** DEA

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele
**Author Created:** sound recording, performance, production, music

   **Citizen of:** United States **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo
**Author Created:** sound recording, performance, production, music

   **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366 United States

## Certification

---

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-227

**Effective date of
registration:**

October 5, 2012

---

## Title

**Title of Work:** Raided By Waves

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006   **Nation of 1st Publication:** United States

## Author

■ **Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States   **Domiciled in:** United States

■ **Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com   **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366 United States

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-228

**Effective date of
registration:**

October 5, 2012

---

## Title

**Title of Work:** Palestine

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 17, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366 United States

## Certification

---