Exhibit 2

# COPYRIGHT ASSIGNMENT

Owner: Yesh Music LLC

Address: 15 Middleton Rd., Garden City, New York

FOR GOOD AND VALUABLE CONSIDERATION, receipt and sufficiency of which is hereby acknowledged, Owner hereby transfers and assigns to Charming Beats LLC (hereafter "Company"), located at 2812 Hickory Ridge Drive, Lakeland, FL., and to Company's successors and assigns in perpetuity, One Hundred Percent (100%) of the entire right, title and interest in and to:

1. the entire copyright to the below works (hereafter, "the Works");

> A LONG GOODBYE – SELF-TITLED ALBUM BONUS TRACK
> A MEMORY STREAM
> AMBIENT ONE
> AMBIENT TWO
> AMBIENT THREE
> ATLAS
> AWAKE IN THE CITY
> BSIDES
> FROM THE INLAND SEA
> LIVE IN BROOKLYN
> NEAR EAST – ATLAS BONUS TRACK
> THE AMERICAN DOLLAR
> THE TECHNICOLOUR SLEEP
> 4 BC
> CHILL KINGDOM
> WUDAO
> LOST SYMPHONY
> HIGH SUNSET
> LOOKING UP, WE DANCED
> GUIDED BY THE GLOWING SEA
> CAROUSEL
> PATH OF TOTALITY
> THUNDER RISING
> A SERIOUS QUESTION
> A MOMENT BETWEEN US
> EVERYTHING
> UP
> ACROBATS
> DISTANCE TO GIBRALTAR
> DREAMSCAPE
> EYES CLOSING
> FALLS
> GHOSTS
> MIND DRIFTING
> MOSAIC

NEIGHBORHOOD
PARAGON
PAUSE
SEA OF ROSES
UNDER A WARM RAIN, ET AL. (LOFI DIMENSIONS)
VONDELPARK (NOON)
VONDELPARK (NIGHT)
WAKE UP SUMMER
AGE OF WONDER
AGE OF WONDER (AMBIENT)
ANYTHING YOU SYNTHESIZE (AMBIENT)
ANYTHING YOU SYNTHESIZE
AS WE FLOAT
AS WE FLOAT (AMBIENT)
BUMP (AMBIENT)
BUMP
CALL
CAMBIAN
CHASE
CHILLPOINT BREAK
CIRCUITS
CIRCUITS (AMBIENT)
CLONES
CROSSING ASIA
CROSSING ASIA (AMBIENT)
DAYTRIP
DEA (AMBIENT)
DEA
EQUINOX
EQUINOX (AMBIENT)
ESCAPIST
ETHER CHANNELS
ETHER CHANNELS (AMBIENT)
EVERYONE GETS SHOT
FACES IN THE HAZE
FACES IN THE HAZE (AMBIENT)
FACES IN THE HAZE (FILM EDIT)
FADE IN OUT
FADE IN OUT (AMBIENT)
FAR ADRIFT
A FEW WORDS
A FEW WORDS (AMBIENT)
FIRST DAY
FIRST DAY (AMBIENT)
FLOOD
FLOOD (AMBIENT)

FRIENDS OF FRIENDS
FRIENDS OF FRIENDS (AMBIENT)
FRONTIER MELT
GLOW
HEAVY EYES IGNITE
HEAVY EYES IGNITE (AMBIENT)
INTERMISSION
INTRO
LANDING (AMBIENT)
LANDING
LIGHTS DIM (AMBIENT)
LIGHTS DIM
A LONG GOODBYE
LONG MARCH
NEAR EAST (AMBIENT)
NEAR EAST
OIL AND WATER
OIL AND WATER (AMBIENT)
ORACLE
ORACLE (AMBIENT)
OUR HEARTS ARE READ
PALESTINE
PAR AVION
PAR AVION (AMBIENT)
PETERSON
RAIDED BY WAVES
RED LETTER
RED LETTER (AMBIENT)
RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT)
RUDIMENTS OF A SPIRITUAL LIFE
SANDS
SCHIPOL
SECOND SIGHT
SECOND SIGHT (AMBIENT)
SEPARATE BUT EQUAL
SHADOWS
SHADOWS (AMBIENT)
SIGNALING THROUGH THE FLAMES (AMBIENT)
SIGNALING THROUGH THE FLAMES
SIGNALING THROUGH THE FLAMES (FILM EDIT)
THE SLOW WAIT (PART ONE)
THE SLOW WAIT (PART TWO)
THE SLOW WAIT (PART ONE) (AMBIENT)
THE SLOW WAIT (PART TWO) (AMBIENT)
SOMNAMBULANCE
STARSCAPES (AMBIENT)

STARSCAPES
STEELTOWN (AMBIENT)
STEELTOWN (PART ONE)
STEELTOWN (PART TWO)
STRINGS
STRINGS (AMBIENT)
SUMMER OF WAR
SUPERNOVA LANDSLIDE
THE SWAMP
THE TECHNICOLOUR SLEEP
THOMPSON
TIME (AMBIENT)
TIME
TIME (FILM EDIT)
TONIGHT, LET'S ALL MAKE LOVE IN LONDON
TRANSCENDENCE (AMBIENT)
TRANSCENDENCE
TWELVE DAYS AWAKE
UNDERGROUND
URBANA
URBANA (AMBIENT)
WAR ON CHRISTMAS
WE'RE HITTING EVERYTHING (AMBIENT)
WE'RE HITTING EVERYTHING
WHERE WE ARE (AMBIENT)
WHERE WE ARE
MIRROR VOYAGE
COSMIC WAVE
LOFI DIMENSIONS 2

2.  the Owner's interest in and to the below Copyright Registrations, along with any renewals and extensions thereof, relating to the Works;

| COPYRIGHT REG. NO. | TITLE OF COPYRIGHTED WORK |
| --- | --- |
| PAu 3-452-712 | A MEMORY STREAM |
| SR 677-648 | AMBIENT ONE |
| SR 679-263 | AMBIENT TWO |
| SRu 1-084-375 | AMBIENT THREE |
| SR 677-194 | ATLAS |
| SR 677-647 | FROM THE INLAND SEA |
| SR 677-646 | LIVE IN BROOKLYN |
| PA 1-306-744 | THE AMERICAN DOLLAR |
| PA 1-346-426 | THE TECHNICOLOUR SLEEP |
| SRu 1-278-417 | 4 BC |

| | |
|---|---|
| SR 795-327 | CHILL KINGDOM |
| SR 796-458 | WUDAO |
| SR 798-499 | LOST SYMPHONY |
| SR 801-234 | HIGH SUNSET |
| SR 803-421 | LOOKING UP, WE DANCED |
| SR 804-344 | GUIDED BY THE GLOWING SEA |
| SR 806-312 | CAROUSEL |
| SR 808-109 | PATH OF TOTALITY |
| SR 808-786 | THUNDER RISING |
| SR 809-389 | A SERIOUS QUESTION |
| SR 810-547 | A MOMENT BETWEEN US |
| SR 811-469 | EVERYTHING |
| SR 813-285 | UP |
| SRu 1232326 | ACROBATS |
| SRu 1232320 | DISTANCE TO GIBRALTAR |
| SR 848018 | DREAMSCAPE |
| SR 848013 | EYES CLOSING |
| SRu 1232318 | FALLS |
| SRu 1232312 | GHOSTS |
| SR 848014 | MIND DRIFTING |
| SRu 1232321 | MOSAIC |
| SRu 1232324 | NEIGHBORHOOD |
| SRu 1232323 | PARAGON |
| SRu 1232311 | PAUSE |
| SRu 1417220 | SEA OF ROSES |
| SR 870953 | UNDER A WARM RAIN, ET AL. |
| SRu 1232329 | VONDELPARK (NOON) |
| SRu 1232331 | VONDELPARK (NIGHT) |
| SRu 1232314 | WAKE UP SUMMER |
| SR 713-231 | AGE OF WONDER |
| SR 713-737 | AGE OF WONDER (AMBIENT) |
| SR 713-314 | ANYTHING YOU SYNTHESIZE (AMBIENT) |
| SR 713-287 | ANYTHING YOU SYNTHESIZE |
| SR 708-480 | AS WE FLOAT |
| SR 708-466 | AS WE FLOAT (AMBIENT) |
| SR 713-301 | BUMP (AMBIENT) |
| SR 713-282 | BUMP |
| SR 713-281 | CALL |
| SR 708-510 | CAMBIAN |

SR 713-291

SR 708-528

SR 713-237

SR 713-745

SR 713-238

| | |
|---|---|
| SR 713-291 | CHASE |
| SR 708-528 | CHILLPOINT BREAK |
| SR 713-237 | CIRCUITS |
| SR 713-745 | CIRCUITS (AMBIENT) |
| SR 713-238 | CLONES |
| SR 708-486 | CROSSING ASIA |
| SR 708-465 | CROSSING ASIA (AMBIENT) |
| SR 708-497 | DAYTRIP |
| SR 713-303 | DEA (AMBIENT) |
| SR 713-226 | DEA |
| SR 713-239 | EQUINOX |
| SR 713-747 | EQUINOX (AMBIENT) |
| SR 713-278 | ESCAPIST |
| SR 708-489 | ETHER CHANNELS |
| SR 708-538 | ETHER CHANNELS (AMBIENT) |
| SR 708-504 | EVERYONE GETS SHOT |
| SR 708-492 | FACES IN THE HAZE |
| SR 708-494 | FACES IN THE HAZE (AMBIENT) |
| SR 708-458 | FACES IN THE HAZE (FILM EDIT) |
| SR 713-232 | FADE IN OUT |
| SR 713-739 | FADE IN OUT (AMBIENT) |
| SR 708-460 | FAR ADRIFT |
| SR 713-230 | A FEW WORDS |
| SR 713-735 | A FEW WORDS (AMBIENT) |
| SR 708-490 | FIRST DAY |
| SR 708-540 | FIRST DAY (AMBIENT) |
| SR 713-277 | FLOOD |
| SR 713-752 | FLOOD (AMBIENT) |
| SR 708-477 | FRIENDS OF FRIENDS |
| SR 708-463 | FRIENDS OF FRIENDS (AMBIENT) |
| SR 713-276 | FRONTIER MELT |
| SR 708-511 | GLOW |
| SR 708-491 | HEAVY EYES IGNITE |
| SR 708-473 | HEAVY EYES IGNITE (AMBIENT) |
| SR 713-283 | INTERMISSION |
| SR 713-290 | INTRO |
| SR 713-756 | LANDING (AMBIENT) |
| SR 708-547 | LANDING |
| SR 713-321 | LIGHTS DIM (AMBIENT) |
| SR 713-284 | LIGHTS DIM |

| SR 713-763 | A LONG GOODBYE |
|---|---|
| SR 713-217 | LONG MARCH |
| SR 713-755 | NEAR EAST (AMBIENT) |
| SR 713-764 | NEAR EAST |
| SR 713-234 | OIL AND WATER |
| SR 713-743 | OIL AND WATER (AMBIENT) |
| SR 708-475 | ORACLE |
| SR 708-467 | ORACLE (AMBIENT) |
| SR 713-286 | OUR HEARTS ARE READ |
| SR 713-228 | PALESTINE |
| SR 708-493 | PAR AVION |
| SR 708-470 | PAR AVION (AMBIENT) |
| SR 713-220 | PETERSON |
| SR 713-227 | RAIDED BY WAVES |
| SR 713-235 | RED LETTER |
| SR 713-746 | RED LETTER (AMBIENT) |
| SR 713-307 | RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT) |
| SR 708-503 | RUDIMENTS OF A SPIRITUAL LIFE |
| SR 708-461 | SANDS |
| SR 708-548 | SCHIPOL |
| SR 713-241 | SECOND SIGHT |
| SR 713-749 | SECOND SIGHT (AMBIENT) |
| SR 713-218 | SEPARATE BUT EQUAL |
| SR 713-233 | SHADOWS |
| SR 713-740 | SHADOWS (AMBIENT) |
| SR 713-308 | SIGNALING THROUGH THE FLAMES (AMBIENT) |
| SR 708-500 | SIGNALING THROUGH THE FLAMES |
| SR 713-318 | SIGNALING THROUGH THE FLAMES (FILM EDIT) |
| SR 713-279 | THE SLOW WAIT (PART ONE) |
| SR 713-280 | THE SLOW WAIT (PART TWO) |
| SR 713-311 | THE SLOW WAIT (PART ONE) (AMBIENT) |
| SR 713-313 | THE SLOW WAIT (PART TWO) (AMBIENT) |
| SR 708-508 | SOMNAMBULANCE |
| SR 713-297 | STARSCAPES (AMBIENT) |
| SR 713-289 | STARSCAPES |
| SR 708-541 | STEELTOWN (AMBIENT) |

| | |
|---|---|
| SR 708-536 | STEELTOWN (PART ONE) |
| SR 708-488 | STEELTOWN (PART TWO) |
| SR 708-487 | STRINGS |
| SR 708-472 | STRINGS (AMBIENT) |
| SR 713-225 | SUMMER OF WAR |
| SR 713-223 | SUPERNOVA LANDSLIDE |
| SR 713-222 | THE SWAMP |
| SR 708-501 | THE TECHNICOLOUR SLEEP |
| SR 713-221 | THOMPSON |
| SR 713-315 | TIME (AMBIENT) |
| SR 713-225 | TIME |
| SR 713-319 | TIME (FILM EDIT) |
| SR 708-499 | TONIGHT, LET'S ALL MAKE LOVE IN LONDON |
| SR 713-316 | TRANSCENDENCE (AMBIENT) |
| SR 713-285 | TRANSCENDENCE |
| SR 708-514 | TWELVE DAYS AWAKE |
| SR 708-457 | UNDERGROUND |
| SR 708-478 | URBANA |
| SR 708-464 | URBANA (AMBIENT) |
| SR 708-513 | WAR ON CHRISTMAS |
| SR 713-305 | WE'RE HITTING EVERYTHING (AMBIENT) |
| SR 713-288 | WE'RE HITTING EVERYTHING |
| SR 713-759 | WHERE WE ARE (AMBIENT) |
| SR 708-549 | WHERE WE ARE |
| SR0000893216 | MIRROR VOYAGE |
| SR0000886380 | COSMIC WAVE |
| SR0000888981 | LOFI DIMENSIONS 2 |

3. any copyright applications presently pending at the time of execution of this agreement and any resulting registrations therefrom;

4. all works based upon, derived from, or incorporating the Works;

5. all income, royalties, damages, claims and payments now or hereafter due or payable with respect to the Works;

6. all causes of action, either in law or in equity, for past, present, or future infringement of copyright related to the Works, and

7. all rights corresponding to any of the foregoing, throughout the world.

All authorship of the Works, including music, lyrics, recording production, sound recordings, performance rights and any and all other authorship interests of any kind are hereby transferred to the Company.

This Assignment includes the assignment of all rights, including copyright, to any modifications or other alterations to the Works that the Owner makes under this Agreement or any other agreement between Owner and the Company.

IN WITNESS THEREOF, Owner duly executes this Agreement.


By:_____

John Keith Emanuele on behalf of Owner


8/30/21
_____

Date


STATE OF NEW YORK    )
                     )  SS.:
COUNTY OF  Queens  )

Before me on this 30 day of ___August___, 20 21, personally appeared John Keith Emanuele, to me known to be the person who is described in and who executed the foregoing assignment instrument and acknowledged to me that he executed the same of his own free will for the purpose therein express.

_____

NOTARY PUBLIC



BHUPESH BISHT
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Nassau County
01BI6284033
COMMISSION EXPIRES