Exhibit 5

# Update: Account Expiration in 30 Days

From:   Broadjam (notifications@broadjam.com)

To:     americandollarband@yahoo.com

Date:   Tuesday, March 11, 2008, 12:21 PM EDT

Dear Broadjam Member,

Your Broadjam membership will expire in 30 days.
Expiration date: 4/10/2008.

2008 is going to be a big year for our ever-expanding music community. We're adding features, updating our technology, scouting new opportunities and introducing the world to Broadjam. Renew or upgrade your Broadjam account now and receive 25% off.

Renew your membership now to keep your account active at it's current level:
http://www.broadjam.com/signup/index.php?promocode=broadjam08

Once your membership expires, you will automatically be downgraded to Mini MoB account. This will limit the number of songs, photos, videos and albums that your fans can access. You will also no longer qualify for discounted prices on film/TV deliveries, contests and pro reviews.

Not a Primo already? Want to take advantage of the 25% off upgrade offer? Renew as a Primo MoB and you can:
  -Post 250 song, 50 photos, 30 albums and 8 videos
  -Host your own website using Broadjam Web Hosting
  -Receive a significant discount when using Broadjam Deliveries
  -Have your artist image and a link to your profile rotated throughout Broadjam for thousands to see with Broadjam's Primo Feature Rotation

Renew as a Primo MoB:
http://www.broadjam.com/signup/index.php?promocode=broadjam08

Thank you for being a part of the Broadjam community.

Sincerely,
the Broadjam team

This is an automated email from Broadjam, Inc. Please do not reply to this email.

Broadjam, Inc.
6401 Odana Rd.
Madison, WI 53719