# AFFIDAVIT OF SERVICE

| Case: 21-cv-05972-KAM-SJB | Court: United States District Court for the Eastern District of New York | County: , NY | Job: 6297684 |
|---|---|---|---|
| Plaintiff / Petitioner: Charming Beats LLC | | Defendant / Respondent: Broadjam, Inc. | |
| Received by: Dane County Civil Process, LLC | | For: Garbarini Fitzgerald P.C. | |
| To be served upon: Broadjam, Inc. | | | |

I, David Overlin, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Roy Elkins, Registered Agent, Broadjam, Inc., Company: 211 S Paterson St Suite 360, Madison, WI 53703
**Manner of Service:** Business, Nov 5, 2021, 12:05 pm CDT
**Documents:** Summons in a Civil Action (Received Nov 1, 2021 at 9:00am CDT), Amended Complaint and Jury Demand for Damages for Copyright Infringement, Exhibits

**Additional Comments:**
1) Unsuccessful Attempt: Nov 4, 2021, 3:55 pm CDT at Company: 211 S Paterson St Suite 360, Madison, WI 53703
This business is no longer located inside of this office building.

2) Successful Attempt: Nov 5, 2021, 12:05 pm CDT at Company: 211 S Paterson St Suite 360, Madison, WI 53703 received by Roy Elkins, Registered Agent, Broadjam, Inc.. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 6'0"; Hair: Gray; Served.

**Fees:** $67.30

_____  11/08/2021
David Overlin                Date

Dane County Civil Process, LLC
345 W Washington Ave Suite 329
Madison, WI 53703
608-906-2917

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
11/08/2021          10/16/2022
Date                Commission Expires

[Notary Seal: LACY KILLMAN, NOTARY PUBLIC, STATE OF WISCONSIN]